CITY OF PASSAIC, A MUNICIPAL CORPORATION, PLAIN-
TIFF-APPELLANT, v. CITY OF CLIFTON, A MUNICI-
PAL CORPORATION, PASSAIC COUNTY BOARD OF
TAXATION, AND DIVISION OF TAX APPEALS, DE-
PARTMENT OF THE TREASURY, DEFENDANTS-RE-
SPONDENTS.

Argued June 8, 1953—Decided June 15, 1953.

*Mr. William N. Gurtman* argued the cause for the appel-
lant.

*Mr. John G. Dluhy* argued the cause for the respondent
(*Mr. Mervyn R. Montgomery* on the brief).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices
HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and
BRENNAN—7.

*For reversal*—None.